**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2631**

---

ROBERT JAMES KENNY,

                                     Plaintiff - Appellant,

     versus

UNITED STATES COURT OF APPEALS FOR THE FOURTH
CIRCUIT,

                                     Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-99-296-3)

---

Submitted: January 20, 2000       Decided: January 28, 2000

---

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert James Kenny, Appellant Pro Se. Mary Hannah Lauck, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert James Kenny appeals from the district court's order denying his motion to re-open a prior case. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Kenny's motion to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Kenny v. United States Court of Appeals for the Fourth Circuit, No. CA-99-296-3 (E.D. Va. Dec. 6, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2